

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00267-CV

Kenneth **THOMAS**,
Appellant

v.

**THE PARK AT SUTTON OAKS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV01615
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFRIRMED. It is ORDERED that no costs be assessed against the appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 10, 2018.

_____
Irene Rios, Justice